IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

FREDERICK GEORGE KRIEMELMEYER,

    Plaintiff,

  v.

ALLEN ARDE, REX W. TILLERSON AND
U.S. DEPT. OF STATE, CHICAGO
PASSPORT AGENCY,

    Defendants.

Case No. 18-cv-148-bbc

---

FREDERICK GEORGE KRIEMELMEYER,

    Plaintiff,

  v.

KEVIN KREBS AND
ARNETTA MALLORY,

    Defendants.

Case No. 18-cv-48-bbc

---

JUDGMENT IN A CIVIL CASE

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing these cases.

| /s/ | 4/18/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |